**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ANGELA DENISE NAILS,

    Plaintiff,

        v.

DIRECT LOANS,

    Defendant

No. 3:12-cv-40

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

## ORDER

**NOW** this 28th day of February, 2012, upon review of the Report and Recommendation of Magistrate Judge Thomas M. Blewitt (Doc. 5) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)    The Report and Recommendation (Doc. 5) is **ADOPTED.**

(2)    The Action is **DISMISSED WITHOUT PREJUDICE**.

(3)    Plaintiff's Motion to Proceed *in forma pauperis* (Doc. 2) is **GRANTED** solely for the purpose of filing the instant action.

(3)    The Clerk of Court is directed to mark the case as **CLOSED**.

          /s/ A. Richard Caputo
          A. Richard Caputo
          United States District Judge