# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA DENISE NAILS, | |
| Plaintiff, | No. 3:12-cv-40 |
| v. | (JUDGE CAPUTO) |
| DIRECT LOANS, | (MAGISTRATE JUDGE BLEWITT) |
| Defendant | |

## ORDER

**NOW** this 28th day of February, 2012, upon review of the Report and Recommendation of Magistrate Judge Thomas M. Blewitt (Doc. 5) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 5) is **ADOPTED.**

(2) The Action is **DISMISSED WITHOUT PREJUDICE**.

(3) Plaintiff's Motion to Proceed *in forma pauperis* (Doc. 2) is **GRANTED** solely for the purpose of filing the instant action.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

                     /s/ A. Richard Caputo
                     A. Richard Caputo
                     United States District Judge